JAMES S. MCNEILL (SBN 201663)
E-mail: jmcneill@mckennalong.com
LEAH C. ROMOND (SBN 266642)
E-mail: lromond@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Defendant
AT&T MOBILITY LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO MARTINEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, a Limited Liability Company and DOES 1-50, Inclusive,<br><br>Defendant. | CASE NO.  CV 10-02085 DDP (AJWx)<br><br>**FINAL JUDGMENT**<br>_____<br><br>Judge:     Dean D. Pregerson<br>Magistrate Judge: Andrew J. Wistrich<br><br>Complaint Filed:  December 1, 2009 |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

[PROPOSED] FINAL JUDGMENT

SD:22245130.2

Defendant AT&T Mobility LLC ("ATTM"), erroneously sued as AT&T Mobility, having served upon Plaintiff Mauro Martinez ("Plaintiff") an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure (the "Offer"), and Plaintiff having accepted the Offer within fourteen days; and Plaintiff having filed with this Court the accepted Offer, together with proof of service; this Court orders as follows:

Judgment is hereby entered in favor of Plaintiff Mauro Martinez and against AT&T Mobility LLC ("ATTM") in the above-entitled action in the sum of $95,000, for any and all claims, causes of action and requests for relief that were asserted, or that could have been asserted, in Plaintiff's First Amended Complaint ("Complaint") in the above-entitled action.

This judgment encompasses any and all claims, causes of action and requests for relief that were asserted, or that could have been asserted, in the Complaint and includes any and all compensatory damages, including loss of earnings, deferred compensation, bonuses, vacation and other employment penalties, damages for emotional distress, interest, penalties, attorneys' fees and costs. This judgment constitutes a full and final settlement, discharge release and waiver by Plaintiff Mauro Martinez of all claims asserted by Plaintiff against ATTM in the Complaint.

Nothing in this judgment shall be construed as an admission of liability for any of the claims asserted in the Complaint. To the contrary, ATTM expressly denies any such liability.

IT IS HERE SO ORDERED.

September 06, 2011           THE HON. DEAN D. PREGERSON
                             United States District Judge

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 1 -                              [PROPOSED] FINAL JUDGMENT

SD:22245130.2